IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA O. WARD**                                                                  **PLAINTIFF**

v.                                            No: 4:20-cv-01304 JM

**TIM RYLES,** *et al.*                                                   **DEFENDANTS**

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 10th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE